**Electronically Filed
Supreme Court
SCPW-20-0000427
24-JUN-2020
08:28 AM**

SCPW-20-0000427

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NAʻAU PONO

LIKO O KALANI MARTIN, Petitioner,

vs.

DAVID IGE, Governor of the State of Hawaiʻi and future occupants
of the Executive Branch of the State of Hawaiʻi, Respondent.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF PROHIBITION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner's "Petition for a Writ of Prohibition & Justice", filed on June 19, 2020, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner fails to demonstrate that petitioner is entitled to the requested extraordinary relief from this court or that petitioner lacks alternative means to seek relief.  See Honolulu Adv., Inc. v. Takao, 59 Haw. 237, 241, 580 P.2d 58, 62 (1978) (a writ of prohibition "is an extraordinary remedy . . . to restrain a judge of an inferior court from acting beyond or in excess of his jurisdiction"); Gannett Pac. Corp. v.

Richardson, 59 Haw. 224, 226, 580 P.2d 49, 53 (1978) (a writ of prohibition is not meant to serve as a legal remedy in lieu of normal appellate procedures; rather, it is available in "rare and exigent circumstances" where "allow[ing] the matter to wend its way through the appellate process would not be in the public interest and would work upon the public irreparable harm"). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of prohibition is denied.

DATED: Honolulu, Hawaiʻi, June 24, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2